## McDermott *v.* Consolidated Ice Company, Appellant (No. 2).

OPINION BY HEAD, J., November 21, 1910:

The controlling questions in this case are identical with those disposed of in the opinion just filed in the case of Catharine McDermott v. Consolidated Ice Company, ante, p. 445. For the reasons there given the assignments of error are all overruled.

Judgment affirmed.